[No. 20098-1-III.   Division Three.   February 14, 2002.]

ANSON AVERY, *Appellant*, v. ROD MICHAELIS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-03886-4, Salvatore F. Cozza, J., entered January 3, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[Nos. 25683-5-II; 26497-8-II.   Division Two.   February 15, 2002.]

ARLENE M. ROBERSON, *Respondent*, v. ROGER NORBOM, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 90-2-06944-9, Rosanne Buckner, J., entered February 4, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 25990-7-II.   Division Two.   February 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEROY COLE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01375-0, M. Karlynn Haberly and Leonard W. Costello, JJ., entered May 26, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26321-1-II.   Division Two.   February 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASPER LEEROY BEATY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00700-2, Bryan E. Chushcoff and Sergio Armijo, JJ., entered July 27, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.